# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00323-CV

**In re Calvin Goolsbee**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed an original proceeding seeking to "impeach a prior decree" entered in a 1995 suit to determine paternity. We interpret relator's petition as a petition for writ of mandamus. The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   June 24, 2015